**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6673**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

LORENZO BUTTS, a/k/a Lorenza Butts, a/k/a Lorenzo Butts, Jr.,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:00-cr-00067-AWA-1)

Submitted:  December 19, 2024                    Decided:  January 24, 2025

Before KING, HARRIS, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lorenzo Butts, Appellant Pro Se.  Alyson Cox Yates, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Butts appeals the district court's order denying his motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Butts's motion based on the 18 U.S.C. § 3553(a) sentencing factors.  *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Butts*, No. 2:00-cr-00067-AWA-1 (E.D. Va. June 20, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*